```
1                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
2                          EASTERN DIVISION

3    ELEVELE LLC and ANDREW HUNT,     )  Docket No. 19 C 4990
                                      )
4                  Plaintiffs,        )  Chicago, Illinois
                                      )  August 13, 2019
5            v.                       )  9:23 a.m.
                                      )
6    HARVEST ENTERPRISES, INC.,       )
                                      )
7                  Defendant.         )

8
              TRANSCRIPT OF PROCEEDINGS - Motion Hearing
9              BEFORE THE HONORABLE THOMAS M. DURKIN

10
     APPEARANCES:
11

12   For the Plaintiffs:   MR. KENNETH J. VANKO
                           Clingen Callow & McLean LLC
13                         2300 Cabot Drive
                           Suite 500
14                         Lisle, IL 60532

15
     For the Defendant:    MS. OLIVIA M. URSO
16                         Tetzlaff Law Offices LLC
                           227 W. Monroe Street
17                         Suite 3650
                           Chicago, IL 60606
18

19   Court Reporter:       LAURA R. RENKE, CSR, RDR, CRR
                           Official Court Reporter
20                         219 S. Dearborn Street, Room 1432
                           Chicago, IL 60604
21                         312.435.6053
                           laura_renke@ilnd.uscourts.gov
22

23

24

25
```

1      (In open court.)
2              THE CLERK:  19 C 4990, Elevele v. Harvest Enterprises.
3              THE COURT:  Good morning.
4              MR. VANKO:  Good morning, your Honor.  Ken Vanko,
5      V-A-N-K-O, on behalf of both plaintiffs.
6              MS. URSO:  Olivia Urso on behalf of Harvest
7      Enterprises.
8              THE COURT:  All right.  Last time we were here, we
9      talked about the fact there were mirror-image cases both here
10     and Arizona.  You were going to talk to your clients and see
11     which forum, if possible, you could agree to so we're not
12     fighting about where you're going to fight.
13             MR. VANKO:  Unfortunately, we weren't able to agree.
14             THE COURT:  All right.
15             MR. VANKO:  I can report on the status of the Arizona
16     matter so your Honor is familiar.
17             Defendant Harvest filed a motion to stay here.  We had
18     previously filed a motion to stay in Arizona.  My reply brief
19     is due tomorrow in that matter.  And I believe it will be heard
20     fairly promptly.  That's all that's really occurred in Arizona
21     on that particular motion.  There was a temporary restraining
22     order sought as well by Harvest.  That has not been addressed
23     yet because of the pending motion to stay.
24             Now, that's -- that all said, we have had substantive
25     settlement discussions.  And I think they're progressing.  I

1 think there's a decent chance a week from today the case is
2 resolved. I can't, of course, tell what's going to happen.
3 But I think it's -- it's been progressing.
4     So we had agreed that if your Honor would allow, we
5 would respond to Harvest's motion to stay here by Monday, and
6 then we could proceed accordingly with that.
7     THE COURT: Do you agree?
8     MS. URSO: I -- it was represented to me that the case
9 was likely going to settle, so I was going to ask to just kick
10 this out another week and see where we were a week from today
11 rather than setting a briefing schedule. But --
12     MR. VANKO: I'm fine --
13     THE COURT: I think that --
14     MR. VANKO: I'm fine with that as well.
15     THE COURT: Yeah, I think that makes more sense.
16     MR. VANKO: Okay.
17     THE COURT: Every money spent -- every penny spent on
18 preparing a brief is money unavailable for a settlement.
19     MR. VANKO: Sure.
20     THE COURT: And there's no point if you're that close
21 doing any more briefing until you come back and report.
22     MR. VANKO: That's fine.
23     THE COURT: Is a week from today enough time, or do
24 you want to do it later next week?
25     MR. VANKO: I'm fine with a week from today.

1      MS. URSO:  Yeah.
2      MR. VANKO:  I think -- well, I think we should know by
3  the end of the week, frankly.
4      THE COURT:  Okay.  Well, we'll set it for a week from
5  today then at 9:00.
6      Sandy, is that a good time?
7      THE CLERK:  That's the 20th.  That's fine.
8      THE COURT:  All right.  We'll see you then.  If
9  there's a dismissal of this case or -- contact my courtroom
10 deputy.  We'll voluntarily dismiss it without an appearance.
11     If -- I hope if it's not settled, you can agree
12 without fighting on where the forum of the dispute should be.
13     MR. VANKO:  I understand.
14     THE COURT:  We're all federal judges.  We all follow
15 the same law.  And it's just briefing on who you're going to
16 fight in front of.  It seems to me to be a waste of time.
17     MR. VANKO:  Yeah.
18     THE COURT:  But if you've got to do it, you've got to
19 do it.
20     MR. VANKO:  I understand.
21     THE COURT:  Okay.  See you in a week.
22     MR. VANKO:  Okay.  Thank you, your Honor.
23     THE COURT:  Thank you.
24     MS. URSO:  Thank you, your Honor.
25   (Concluded at 9:26 a.m.)

1 C E R T I F I C A T E

2     I certify that the foregoing is a correct transcript of the

3 record of proceedings in the above-entitled matter.

4

5 /s/ LAURA R. RENKE                        August 14, 2019
  LAURA R. RENKE, CSR, RDR, CRR
6 Official Court Reporter