# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Elevele LLC, et al.
                                 Plaintiff,

v.                                                     Case No.: 1:19−cv−04990
                                                        Honorable Thomas M. Durkin

Harvest Enterprises Inc
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2019:

       MINUTE entry before the Honorable Thomas M. Durkin:The 9/24/2019 status hearing is vacated and reset for 10/24/2019 at 09:00 AM. If a stipulation to dismiss is filed before the next status date no appearance will be required.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.