# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELEVELE LLC and ANDREW HUNT, <br><br> Plaintiffs, <br><br> v. <br><br> HARVEST ENTERPRISES, INC., <br><br> Defendant. | Case No. 19-cv-04990 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiffs, Elevele LLC and Andrew Hunt, provide Notice of Voluntary Dismissal of this action, stating that the Defendant, Harvest Enterprises, Inc., has not yet served an answer or a motion for summary judgment.

Dated: September 26, 2019

Respectfully submitted,

ELEVELE LLC and ANDREW HUNT

By: */s/ Kenneth J. Vanko*
One of Their Attorneys

Kenneth J. Vanko (ARDC#6244048)
Clingen Callow & McLean, LLC
2300 Cabot Drive, Ste. 500
Lisle, IL 60532
(630) 871-2609
vanko@ccmlawyer.com

**Certificate of Service**

I hereby certify that on September 26, 2019, copies of the foregoing Notice of Voluntary Dismissal were served on all counsel of record via CM/ECF mailing.


By: /s/Nikki Matthiscyk